# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                              Case No.  6:06-cr-148-Orl-31DAB

**KEVIN ISAACS**

_____

## ORDER ON SUPERVISED RELEASE

This matter came before the Court on January 6, 2009 for consideration of a Report and Recommendation rendered by Magistrate Judge David A. Baker (Doc. No. 77), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on September 18, 2008. The Defendant was represented at the hearing by Clarence W. Counts, Jr., Esquire, 201 South Orange Avenue, Suite 300, Avenue, Orlando, Florida.

Having heard from the parties, it is

**ORDERED AND ADJUDGED** that the Court finds no violation.  The Court will modify the restitution payment schedule to $25.00 per month which shall be due on the 5th of each month beginning February 5, 2009.  The Defendant shall have until January 9, 2009 to make the payment for the month of January, 2009.  The payment schedule shall continue until such time the Court is notified by the Defendant, the victims or the government that there has been a material change in his ability to pay.  The Judgment (Doc. No. 48) remains unaltered except as amended herewith.

**DATED AND ORDERED** on the 6th day of January, 2009, in Orlando, Florida.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:

U.S. Magistrate Judge
Attorney for Defendant
U.S. Attorney's Office
U.S. Probation
U.S. Marshal
Defendant